TRANSAMERICA INSURANCE COMPANY v.
NATIONAL ROOFING, ET AL.

June 27, 1986.

Petition for certification granted.

STATE OF NEW JERSEY v. BRUCE C. COVERT.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME MORRIS.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANKLIN BOYD, SR.

June 27, 1986.

Petition for certification denied.